**Order entered September 8, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00405-CV

**CRC INSURANCE SERVICES, INC. D/B/A SOUTHERN CROSS UNDERWRITERS, Appellant**

**V.**

**LAKE TEXOMA HIGHPORT, LLC, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397A**

## ORDER

We **GRANT** appellant's September 3, 2014 unopposed motion to extend deadline to file brief and **ORDER** the brief be filed no later than September 26, 2014. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE